

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-253-CV

MARY SEALS CHAPMAN, INDIVIDUALLY,                    APPELLANTS
AND EBONY JACKSON AS NEXT FRIEND
OF MADISYN MCGLOTHIN, MINOR CHILD

V.

J.C. PENNEY CORPORATION, INC.                        APPELLEE

----------

### FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants' Motion To Dismiss And Withdraw Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss the

appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  March 11, 2010

---

[1]  *See* Tex. R. App. P. 47.4.